Moses Guyton, Plaintiff in Error, v. John Smith, Defendant in Error.

### Division A.

Writ of error to Circuit Court, Jackson county; Lucius J. Reeves, Judge.

Benj. S. Liddon for plaintiff in error.

D. L. McKinnon for defendant in error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*